**Russell G. TURNER, Petitioner-Appellant,**

v.

**Craig APKER, Respondent-Appellee,**

**and**

**Sara M. Revell, Respondent.**

**No. 13-7784**

United States Court of Appeals, Fourth Circuit.

Submitted: June 12, 2017

Decided: June 30, 2017

Russell G. Turner, Appellant Pro Se. Edward D. Gray, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before MOTZ, AGEE, and DIAZ, Circuit Judges.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Russell Garnet Turner, a federal prisoner, appeals the district court's orders denying relief on his 28 U.S.C. § 2241 (2012) petition and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *Turner v. Apker*, No. 5:12-hc-02122-BO (E.D.N.C. July 30 & Oct. 22, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*